# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>RICHARD ALLEN HOWARD; BRUCE'S TIRES, INC., a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case: 2:17-cv-01077-MCE-KJN<br><br>**ORDER FOR DISMISAL** |

In accordance with the parties' Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 8, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE